No. 4528.—HERNÁNDEZ, apldo., *v.* PORTO RICO STEAM LAUN-

DRY, aplte.—C. D. San Juan. Daños y perjuicios. Julio 11, 1928.